458 A.2d 270

Commonwealth v. Rush a/k/a Hodges, Appellant.

Submitted October 26, 1982.   Arthur J. King, for appellant;   Joseph

John Hylan, Assistant District Attorney, for Commonwealth, appellee.

Before HESTER, WICKERSHAM and POPOVICH, JJ.

Order affirmed.